TB D.C.

Apr 22, 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-20250-CR-MORENO/O'SULLIVAN

21 U.S.C. § 846
21 U.S.C. § 841(a)(1) & (b)(1)
18 U.S.C. § 924(c)(1)(A)(i)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853(a)

UNITED STATES OF AMERICA

vs.

DEMETRIUS ALLEN McDUFFIE,
LAMAR COCHISE MURPHY, and
KEITH TYRONE JOSEPH,

        Defendants.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1
### Conspiracy to Possess with Intent to Distribute a Controlled Substance
### (21 U.S.C. § 846)

On or about July 29, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

DEMETRIUS ALLEN McDUFFIE,
LAMAR COCHISE MURPHY, and
KEITH TYRONE JOSEPH,

did knowingly and willfully combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841; all in violation of Title 21, United States Code, Section 846.

With respect to the defendants **DEMETRIUS ALLEN McDUFFIE** and **LAMAR COCHISE MURPHY**, the controlled substances involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, are: (1) twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii); (2) a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C); and (3) a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

With respect to defendant **KEITH TYRONE JOSEPH**, it is further alleged that the controlled substances involved in the conspiracy attributable to the defendant as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, are: (1) a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C); (2) a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C); and (3) a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

## COUNT 2
**Possession with Intent to Distribute a Controlled Substance**
**(21 U.S.C. § 841(a)(1))**

On or about July 29, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

**DEMETRIUS ALLEN McDUFFIE, and
LAMAR COCHISE MURPHY,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(iii), it is further alleged that this violation involved twenty-eight (28) grams or more of a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance

### COUNT 3
**Possession with Intent to Distribute a Controlled Substance
(21 U.S.C. § 841(a)(1))**

On or about July 29, 2013, in Miami-Dade County, in the Southern District of Florida, the defendant,

**KEITH TYRONE JOSEPH**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in

violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine base, commonly referred to as "crack cocaine," a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

### COUNT 4
**Possession of a Firearm in Furtherance of a Drug Trafficking Crime**
**(18 U.S.C. § 924(c)(1)(A)(i))**

On or about July 29, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

**DEMETRIUS ALLEN McDUFFIE, and**
**LAMAR COCHISE MURPHY,**

did knowingly possess a firearm in furtherance of a drug trafficking crime, a felony offense for which the defendants may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 841(a)(1), as charged in Count 2 of this Indictment, in violation of Title 18, United States Code, Sections 924(c)(1)(A)(i) and 2.

### COUNT 5
**Possession of a Firearm by a Convicted Felon**
**(21 U.S.C. § 922(g)(1))**

4

On or about July 29, 2013, in Miami-Dade County, in the Southern District of Florida, the defendants,

**DEMETRIUS ALLEN McDUFFIE, and
LAMAR COCHISE MURPHY**

having been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm and ammunition, in and affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

It is further alleged that said firearms and ammunition are:

   a.   One Pioneer Arms, Hellpup 7.62x39 semi-automatic rifle, Serial # PAC1113127;

   b.   One Glock 19GEN4, 9x19 semi-automatic pistol, Serial # RTD817;

   c.   Twenty (20) rounds of 7.62x39 ammunition; and

   d.   Twenty-nine (29) rounds of 9mm ammunition.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendants, **DEMETRIUS ALLEN McDUFFIE, LAMAR COCHISE MURPHY, and KEITH TYRONE JOSEPH** has an interest.

2. Upon conviction of a violation of Title 21, United States Code, Section 841 or 846, as alleged in this Indictment, each of the defendants shall forfeit to the United States any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to Title 21, United States

5

Code, Section 853(a)(1) and 2.

3. Upon conviction of a violation of Title 18, United States Code, Section 922(g)(1) or 924, or any violation of any other criminal law of the United States, each of the defendants shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such violation, pursuant to Title 18, United States Code, Section 924(d)(1).

4. The property that is subject to forfeiture includes the following:

    a. One Pioneer Arms, Hellpup 7.62x39 semi-automatic rifle, Serial # PAC1113127;

    b. One Glock 19GEN4, 9x19 semi-automatic pistol, Serial # RTD817;

    c. Twenty (20) rounds of 7.62x39 ammunition; and

    d. Twenty-nine (29) rounds of 9mm ammunition.

All pursuant to Title 18, United States Code, Section 924(d)(1), and Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
MAURICE A. JOHNSON
ASSISTANT UNITED STATES ATTORNEY

7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs.

DEMTRIUS ALLEN McDUFFIE,
LAMAR COCHISE MURPHY, and
KEITH TYRONE JOSEPH,

    Defendants.
_____/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

- x Miami
- ___ Key West
- ___ FTL
- ___ WPB
- ___ FTP

New Defendant(s)    Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)   No
   List language and/or dialect _____

4. This case will take   4-5   days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days   x
   - II   6 to 10 days ___
   - III   11 to 20 days ___
   - IV   21 to 60 days ___
   - V   61 days and over ___

   (Check only one)
   - Petty ___
   - Minor ___
   - Misdem. ___
   - Felony   x
   
6. Has this case been previously filed in this District Court? (Yes or No)   No
   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No)   No
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes   x No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? ___ Yes   x No

                                               _____
                                               MAURICE A. JOHNSON
                                               ASSISTANT UNITED STATES ATTORNEY
                                               Court ID No. A5501806

*Penalty Sheet(s) attached                                                          REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** DEMETRIUS ALLEN McDUFFIE

**Case No:** _____

Count #:1

Conspiracy to Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

**\*Max. Penalty:** 40 Years' Imprisonment

Count #:2

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii)

**\*Max. Penalty:** 40 Years' Imprisonment

Count #:4

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Title 18, United States Code, Sections 924(c)(1)(A)(i)

**\*Max. Penalty:** Life Imprisonment

Count #:5

Possession of a Firearm by a Convicted Felon

Title 18, United States Code, Section 922(g)(1)

**\*Max. Penalty:** 10 Years' Imprisonment

  **\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

Defendant's Name: **LAMAR COCHISE MURPHY**

Case No: _____

Count #:1

Conspiracy to Possess with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

\*Max. Penalty: 40 Years' Imprisonment

Count #:2

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(iii)

\*Max. Penalty: 40 Years' Imprisonment

Count #:4

Possession of a Firearm in Furtherance of a Drug Trafficking Crime

Title 18, United States Code, Sections 924(c)(1)(A)(i)

\*Max. Penalty: Life Imprisonment

Count #:5

Possession of a Firearm by a Convicted Felon

Title 18, United States Code, Sections 922(g)(1) and 924(e)

\*Max. Penalty: Life Imprisonment

 \*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** KEITH TYRONE JOSEPH

**Case No:** _____

Count #:1

Conspiracy to Possess with the Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 846

**\*Max. Penalty:** 20 Years' Imprisonment

Count #:3

Possession with Intent to Distribute a Controlled Substance

Title 21, United States Code, Section 841(a)(1) and (b)(1)(C)

**\*Max. Penalty:** 20 Years' Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**