# MINUTE ORDER

Page 6

## Magistrate Judge ANDREA M. SIMONTON

**Atkins Building Courthouse - 8th Floor**          Date: 4/30/14     Time: 2:00 PM

Defendant: Lamar Cochise Murphy          J#: 05178-104     Case #: 14-20250-CR-MORENO/O'SULLIVAN

AUSA: John Gonsoulin          Attorney: AFPD Alex Arteaga-Gomez/Daniel Ecarius

Violation: Conspiracy; PWID Crack Cocaine; Possess F/A by Convicted Felon, Possess F/A in Drug Crime

Proceeding: Initial Appearance          CJA Appt:

Bond/PTD Held: ☐ Yes  ☐ No          Recommended Bond:

Bond Set at:          Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services _____ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: English

Disposition:
Defendant advised of rights and charges

Defendant sworn; AFPD appointed

Govt rec PTD based on risk/flight & danger/community; reqs 3 days

---

**NEXT COURT APPEARANCE**     Date:          Time:          Judge:          Place:

Report RE Counsel:

**PTD Hearing:**     5/5/14          10:00 a.m.          Duty/Miami

**Arraignment:**          5/5/14          10:00 a.m.          Duty/Miami

Status Conference RE:

D.A.R. 14:42:39          Time in Court: 6 mins

s/ *Andrea M. Simonton*          Magistrate Judge