UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  14-20250-CR-MORENO

UNITED STATES OF AMERICA,
           Plaintiff,
   vs.

LAMAR COCHISE MURPHY and
KEITH JOSEPH,
           Defendant.

## ORDER CONTINUING TRIAL

THIS CAUSE came before the Court upon defendants' motion to continue trial **[D.E. #27 and #30]**.

After careful consideration and the Court having been fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the trial is **reset** for the two-week period commencing

**MONDAY, AUGUST 25, 2014 at 9:00 A.M.**

before the Honorable **Federico A. Moreno**, United States District Judge, Courtroom 13-3, 13th Floor, United States Courthouse, 400 N. Miami Avenue, Miami, Florida.

**Call of the Calendar** will be held at **2:00 pm on Tuesday, August 19, 2014.**

The Court finds that the interest of justice served by granting a continuance to allow counsel for the defendant reasonable time necessary for effective preparation for trial out weighs any interest of the public or the defendant in a speedy trial. The Court finds the period of delay **(from 06/10/14-08/25/14)** excludable in calculating the period within which trial must commence under the Speedy Trial Act.  See, 18 U.S.C. Section 3161.

**DONE AND ORDERED** in Miami, Dade County, Florida, this 10th day of June, 2014.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

cc:   Maurice Johnson
      All counsel of record